IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONDON A. WRIGHT,<br><br>　　Plaintiff,<br><br>　v.<br><br>SAXON MORTGAGE SERVICES, INC., PAUL FINANCIAL, LLC, QUALITY LOAN SERVICE CORPORATION, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., CYPRESS MORTGAGE GROUP, INC., THEODORE L. FOWLER, STEVEN JAMES SAMUELSON, MICHAEL AL. FREITAS,<br><br>　　Defendants.<br>　　　　　　　　　　　　　　　　　　　/ | No. C 09-05960 WHA<br><br><br>**ORDER TO SHOW CAUSE** |

Plaintiff London O. Wright brought this action alleging various claims regarding negligent, fraudulent and unlawful conduct concerning plaintiff's residential mortgage loan. Defendants noticed a motion to dismiss scheduled for hearing on March 25, 2010. Pursuant to Civil Local Rule 7-3, any brief in opposition to the motion was due on March 4, 2010, but no such opposition has been received. Plaintiff is ordered to respond by **TUESDAY, OCTOBER 9, 2010, AT NOON**, and show cause for his failure to respond to the motion in accordance with Civil Local Rule 7-3(a) or alternately to file statement of nonopposition to the motion as required by Civil Local Rule 7-3(b). If plaintiff fails to do so, this matter shall be dismissed for failure to prosecute. This order to show cause does not constitute permission to file a late

opposite. The hearing on March 25 is **VACATED**. A hearing will be scheduled by the Court at a later date if necessary.

**IT IS SO ORDERED.**

Dated: March 8, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE