United States District Court

For the Northern District of California

1

2

3

4

5

6          IN THE UNITED STATES DISTRICT COURT

7

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   LONDON A. WRIGHT,                          No. C 09-05960 WHA

11          Plaintiff,

12   v.                                         **ORDER TO SHOW CAUSE**

13   SAXON MORTGAGE SERVICES, INC.,
     PAUL FINANCIAL, LLC, QUALITY LOAN
14   SERVICE CORPORATION, MORTGAGE
     ELECTRONIC REGISTRATION SYSTEMS,
15   INC., CYPRESS MORTGAGE GROUP, INC.,
     THEODORE L. FOWLER, STEVEN JAMES
16   SAMUELSON, MICHAEL AL. FREITAS,

17          Defendants.
                                                         /
18

19          Plaintiff London O. Wright brought this action alleging various claims regarding

20   negligent, fraudulent and unlawful conduct concerning plaintiff's residential mortgage loan.

21   Defendants noticed a motion to dismiss scheduled for hearing on March 25, 2010.  Pursuant to

22   Civil Local Rule 7-3, any brief in opposition to the motion was due on March 4, 2010, but no

23   such opposition has been received.  Plaintiff is ordered to respond by **TUESDAY, OCTOBER 9,**

24   **2010, AT NOON**, and show cause for his failure to respond to the motion in accordance with

25   Civil Local Rule 7-3(a) or alternately to file statement of nonopposition to the motion as

26   required by Civil Local Rule 7-3(b).  If plaintiff fails to do so, this matter shall be dismissed for

27   failure to prosecute.  This order to show cause does not constitute permission to file a late

28

1  opposition.  The hearing on March 25 is **VACATED**.  A hearing will be scheduled by the Court

2  at a later date if necessary.

3

4      **IT IS SO ORDERED.**

5

6  Dated:  March 8, 2010.

                                      WILLIAM ALSUP
7                                          UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2