IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LONDON A. WRIGHT,

    Plaintiff,

v.

SAXON MORTGAGE SERVICES, INC., PAUL FINANCIAL, LLC, QUALITY LOAN SERVICE CORPORATION, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., CYPRESS MORTGAGE GROUP, INC., THEODORE L. FOWLER, STEVEN JAMES SAMUELSON, MICHAEL AL. FREITAS,

    Defendants.

                                               /

No. C 09-05960 WHA

**ORDER TO SHOW CAUSE**

Plaintiff London O. Wright brought this action alleging various claims regarding negligent, fraudulent and unlawful conduct concerning plaintiff's residential mortgage loan. Defendants noticed a motion to dismiss scheduled for hearing on March 25, 2010. Pursuant to Civil Local Rule 7-3, any brief in opposition to the motion was due on March 4, 2010, but no such opposition has been received. Plaintiff is ordered to respond by **TUESDAY, MARCH 9, 2010, AT NOON**, and show cause for his failure to respond to the motion in accordance with Civil Local Rule 7-3(a) or alternately to file statement of nonopposition to the motion as required by Civil Local Rule 7-3(b). If plaintiff fails to do so, this matter shall be dismissed for failure to prosecute. This order to show cause does not constitute permission to file a late

opposition. The hearing on March 25 is **VACATED**. A hearing will be scheduled by the Court at a later date if necessary.

**IT IS SO ORDERED.**

Dated: March 8, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE